ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                          )
                                                     )
BOR INSAAT TURIZM SAN. VE TIC. A.S.  )   ASBCA Nos. 63883, 63921
                                                     )
Under Contract No. FA5685-20-D-0005      )

APPEARANCE FOR THE APPELLANT:        S. Önder Demir, Esq.
                                                       Okyay Law Office
                                                       Izmir, Turkey

APPEARANCES FOR THE GOVERNMENT:    Caryl A. Potter III, Esq.
                                                         Air Force Deputy Chief Trial Attorney
                                                       Maj Oladipo O. Odejide, USAF
                                                         Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE ARNETT

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $235,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: November 14, 2024

_LAURA J. ARNETT_
LAURA J. ARNETT
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                   I concur

OWEN C. WILSON                 MICHAEL N. O'CONNELL
Administrative Judge            Administrative Judge
Vice Chairman                  Vice Chairman
Armed Services Board          Armed Services Board
of Contract Appeals            of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 63883, 63921, Appeals of BOR INSAAT TURIZM SAN. VE TIC. A.S., rendered in conformance with the Board's Charter.

Dated: November 14, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2